1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LAURIE SUE DRAKE,                    No.  CIV.S-06-1956 DFL DAD PS

12          Plaintiff,
                                         ORDER SETTING STATUS
13      v.                               (PRETRIAL SCHEDULING)
                                         CONFERENCE
14  WOLPOFF & ABRAMSON, LLP,

15          Defendant.

16  _____/

17          This action has been assigned to United States District

18  Judge David F. Levi and, pursuant to Local Rule 72-302(c)(21), has

19  been referred to Magistrate Judge Dale A. Drozd for all purposes

20  encompassed by that provision.

21          The parties are informed that they may, if all consent,

22  have this case tried by a United States Magistrate Judge while

23  preserving their right to appeal to the Ninth Circuit Court of

24  Appeals.  An appropriate form for consent to trial by a magistrate

25  judge is attached.  Any party choosing to consent may complete the

26  form and return it to the Clerk of the Court.  Neither the magistrate

1

1  judge nor the district judge handling the case will be notified of

2  the filing of a consent form, unless all parties to the action have

3  consented.

4         Pursuant to the provisions of Federal Rule of Civil

5  Procedure 16, as amended, effective December 1, 1993, IT IS ORDERED:

6         1.  A Status (Pretrial Scheduling) Conference is set for

7  **January 5, 2007, at 11:00 a.m.**, in Courtroom No. 27, before

8  Magistrate Judge Drozd.

9         2.  Rule 4(m) of the Federal Rules of Civil Procedure

10  provides that this action may be dismissed if service of process is

11  not accomplished within 120 days from the date the complaint is

12  filed.  In order to enable the court to comply with the 120-day time

13  limits specified in Rules 4(m) and 16(b), the court **strongly**

14  **encourages plaintiff to complete service of process on all defendants**

15  **within sixty days of the date of filing of the complaint**.

16         3.  Concurrently with service of process, or as soon

17  thereafter as possible, plaintiff shall serve upon each of the

18  parties named in the complaint, and UPON ALL PARTIES SUBSEQUENTLY

19  JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of this

20  order, and shall file with the Clerk of the Court a certificate

21  reflecting such service.

22         4.  If this action was originally filed in a state court

23  and thereafter removed to this court, the removing party or parties

24  shall, immediately following removal, serve a copy of this order upon

25  each of the other parties and upon all parties subsequently joined,

26  and shall file with the Clerk a certificate reflecting such service.

1      5.   All parties shall appear at the Status Conference by

2   counsel, or in person if acting without counsel.  Parties may appear

3   at the conference telephonically.  To arrange telephonic appearance,

4   parties shall contact Pete Buzo, the courtroom deputy of the

5   undersigned magistrate judge, at (916) 930-4128.

6      6.   The parties shall submit to the court, no later than

7   seven days before the Status (Pretrial Scheduling) Conference, a

8   status report addressing the following matters:

9           a.   Progress of service of process;

10          b.   Possible joinder of additional parties;

11          c.   Any expected or desired amendment of
                 the pleadings;

12
            d.   Jurisdiction and venue;

13
            e.   Anticipated motions and the scheduling

14               thereof;

15          f.   Anticipated discovery and the
                 scheduling thereof, including

16               disclosure of expert witnesses;

17          g.   Future proceedings, including setting
                 appropriate cut-off dates for discovery

18               and law and motion, and the scheduling
                 of a final pretrial conference and

19               trial;

20          h.   Modification of standard pretrial
                 procedures specified by the rules due

21               to the relative simplicity or
                 complexity of the action;

22
            i.   Whether the case is related to any

23               other case, including matters in
                 bankruptcy;

24
            j.   Whether the parties will stipulate to

25               the magistrate judge assigned to this
                 matter acting as settlement judge,

26               waiving any disqualifications by virtue

3

1          of his so acting, or whether they
           prefer to have a Settlement Conference
2          before another judge;

3     k.   Any other matters that may add to the
           just and expeditious disposition of
4          this action; and

5     l.   Whether the parties intend to consent
           to proceed before a United States
6          Magistrate Judge.

7          7.   The Clerk of the Court shall send plaintiff, along with

8    this order, the appropriate number of copies (i.e., one for each

9    defendant and plaintiff) of the form "Consent to Proceed Before

10   United States Magistrate Judge."  Plaintiff shall serve each

11   defendant with a copy of this form.

12   DATED: September 8, 2006.

13

14                                   DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
15

16   DAD:lg
     DDad1\orders.prose\drake1956.ossc
17

18

19

20

21

22

23

24

25

26

                                   4