IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE SUE DRAKE,

      Plaintiff,                            No. CIV S-06-1956 DFL DAD PS

    vs.

WOLPOFF & ABRAMSON, L.L.P.,      ORDER

      Defendant.

_____/

      Plaintiff, proceeding pro se, has filed a document titled "Notice to Dismiss Case." Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that

> an action may be dismissed by a plaintiff without order of court (i) by filing a notice of dismissal <u>at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs</u>, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Fed. R. Civ. P. 41(a)(1) (emphasis added). The adverse party in this action filed an answer on September 1, 2006. Plaintiff did not file her notice to dismiss prior to September 1, 2006, and cannot dismiss this action without order of court.

      The court will construe plaintiff's notice as a request for dismissal of this action by order of court pursuant to Rule 41(a)(2), and defendant will be provided with an opportunity to respond to the request.

1

1    IT IS ORDERED that defendant shall respond in writing, within ten days from the date of service of this order, to plaintiff's February 27, 2007 notice to dismiss, construed as a request for dismissal of this action by order of court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: March 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\drake1956.plntc

2