IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE SUE DRAKE,

    Plaintiff,                    No. CIV S-06-1956 DFL DAD PS

vs.

WOLPOFF & ABRAMSON, L.L.P.,     ORDER

    Defendant.

_____/

        On February 27, 2007, plaintiff filed a document titled "Notice to Dismiss Case." Plaintiff cannot dismiss this action by notice because defendant filed an answer to plaintiff's complaint on September 1, 2006. See Fed. R. Civ. P. 41(a)(1). The court invited defendant's response to the notice construed as a request for dismissal pursuant to Rule 41(a)(2). Defendant objects to dismissal of the case without prejudice unless the court orders plaintiff to pay defendant's costs and fees. Plaintiff has not agreed to such a condition. Plaintiff's February 27, 2007 notice to dismiss case will therefore be disregarded.

        IT IS SO ORDERED.

DATED: June 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\drake1956.ntc.disregard