IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE SUE DRAKE,

       Plaintiff,                      No. CIV S-06-1956 RRB DAD PS

    vs.

WOLPOFF & ABRAMSON, L.L.P.,

       Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 27, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1.  The findings and recommendations filed February 27, 2007, are adopted in full; and

2.  Plaintiff's January 12, 2007 motion for summary judgment is denied.

ENTERED this 19th day of November, 2007.

                S/RALPH R. BEISTLINE
                UNITED STATES DISTRICT JUDGE